DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WAYNE HENDERSON,**
Appellant,

v.

**CITY OF FORT LAUDERDALE,**
Appellee.

No. 4D20-540

[April 1, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David Haimes, Judge; L.T. Case No. CACE18-010978(08).

Scott M. Behren of Behren Law Firm, Weston, for appellant.

Carmen Rodriguez of Law Offices of Carmen Rodriguez, Palmetto Bay, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and FORST, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***